**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Nick Richards         Date: January 10, 2014
Court Reporter: Tammy Hoffschildt

**CASE NO. 13-cv-01930-RM-MJW**

| Parties | Counsel |
|---|---|
| DANIEL LYSYJ, and<br>DAVID RHOADS, on behalf of themselves<br>and others similarly situated, | Donna E. Dell'Olio |
| Plaintiffs, | |
| v. | |
| MILNER DISTRIBUTION ALLIANCE, INC.<br>d/b/a MAXX SUNGLASSES, a Colorado<br>corporation, | Mark Anthony Barrionuevo<br>Jeffrey Brian Morganroth |
| Defendant. | |

**COURTROOM MINUTES**

**MOTION HEARING**
**COURT IN SESSION**: **8:59 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing called regarding Plaintiffs' Motion to Certify Conditionally a Collective Action Under the Fair Labor Standards Act 29 U.S.C. § 216(b) and for Court Assisted Notice Under Authority of *Sperling v. Hoffman La Roche,* 493 U.S. 165, 169 (1989) [Doc. No. 7, filed September 10, 2013] and Defendant's Motion to Stay Proceedings and Compel Arbitration as to Plaintiff, Daniel Lysyj, Only, Pursuant to Section 3 of the Federal Arbitration Act [Doc. No. 31, filed September 27, 2013].

Preliminary remarks by the Court.

**9:06 a.m.**     Argument by Ms. Dell'Olio regarding Plaintiffs' Motion to Certify [7].

**9:16 a.m.**     Argument by Mr. Morganroth regarding Plaintiffs' Motion to Certify [7].

**9:28 a.m.**     Response by Ms. Dell'Olio.

**9:32 a.m.**     Argument by Mr. Morganroth regarding Defendant's Motion to Stay Proceedings [31].

**9:42 a.m.**     Argument by Ms. Dell'Olio regarding Defendant's Motion to Stay Proceedings [31].

**9:51 a.m.**     Response by Mr. Morganroth.

**ORDERED:**   Plaintiffs' Motion to Certify Conditionally a Collective Action Under the Fair Labor Standards Act 29 U.S.C. § 216(b) and for Court Assisted Notice Under Authority of *Sperling v. Hoffman La Roche,* 493 U.S. 165, 169 (1989) [7] and Defendant's Motion to Stay Proceedings and Compel Arbitration as to Plaintiff, Daniel Lysyj, Only, Pursuant to Section 3 of the Federal Arbitration Act [31] are **TAKEN UNDER ADVISEMENT**.

**COURT IN RECESS**: **9:54 a.m.**
**Total in court time**: **00:55**
**Hearing concluded**