# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  13-cv-01930-RM-MJW | FTR - Courtroom A-502 |
| **Date:**  January 27, 2014 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| DANIEL LYSYJ and<br>DAVID RHOADS,<br>on behalf of themselves and others similarly situated,<br><br>      Plaintiff(s),<br><br>v.<br><br>MILNER DISTRIBUTION ALLIANCE, INC., d/b/a<br>Maxx Sunglasses,<br>a Colorado corporation,<br><br>      Defendant(s). | Donna E.  Dell'Olio<br><br><br><br><br><br><br><br>Jeffrey B. Morganroth<br>Mark A. Barrionuevo |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:    **TELEPHONIC STATUS CONFERENCE**
**Court in Session:**     11:06 a.m.
Court calls case.  Appearances of counsel.

Status of the case is discussed.  Ms. Dell'Olio notes Plaintiffs have not received information of current and former sales representatives from the Defendant, which she needs in order to send the Notice.

**It is ORDERED:**       Defendant shall provide names and addresses of those members as defined by Judge Raymond P. Moore in his Order [Docket No. 51, entered January 24, 2014]  **on or before FEBRUARY 10, 2014.**

**It is ORDERED:**        A **TELEPHONIC STATUS CONFERENCE**   is set
                                      **APRIL 07, 2014 at   10:30 a.m.**
All participating parties are to be on the call  _before_  the Court is contacted; Plaintiff shall create the  conference call.  Once the conference call is established, the Court shall  be added as the final connection by dialing  (303) 844-2403  at the scheduled time.

Ms. Dell'Olio advises the Court a resolution was reached on the issue in the motion to strike, that  the Plaintiffs' Motion to Strike is now moot,  and Plaintiffs orally move to withdraw that motion.  With no objection from Defendant,

**It is ORDERED:**     Plaintiffs' ORAL MOTION TO WITHDRAW Plaintiffs' Motion to Strike is GRANTED, therefore,
Plaintiffs' MOTION TO STRIKE MAXX SUNGLASSES' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON LIABILITY (DOC #36) [Docket No. **41**, filed November 12, 2013, is **WITHDRAWN.**

Hearing concluded.
**Court in recess:**   11:18 a.m.
Total In-Court Time 00:12

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.