# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.** 13-cv-01930-RM-MJW                FTR - Courtroom A-502

**Date:** April 07, 2014                Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| DANIEL LYSYJ and<br>DAVID RHOADS,<br>on behalf of themselves and others similarly situated, | Donna E. Dell'Olio |
| Plaintiff(s), | |
| v. | |
| MILNER DISTRIBUTION ALLIANCE, INC., d/b/a<br>Maxx Sunglasses,<br>a Colorado corporation, | Jeffrey B. Morganroth<br>Mark A. Barrionuevo |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: TELEPHONIC STATUS CONFERENCE
**Court in Session:** 10:36 a.m.
Court calls case. Appearances of counsel.

The Motion to Withdraw Consents to Join filed by Debra Grainger and Floyd Roberts is discussed. With no objections,

**It is ORDERED:**     MOTION TO WITHDRAW CONSENTS TO JOIN FILED BY DEBRA GRAINGER AND FLOYD ROBERTS [Docket No. **72**, filed March 17, 2014] is **GRANTED** for reasons as set forth on the record.
The following Consents to be Joined are therefore WITHDRAWN:
Consent Form   Debra Grainger [Docket No. 60, filed 02/21/14]
Consent Form   Floyd Roberts   [Docket No. 57, filed 02/19/2014]

Discussion is held regarding defendant providing to Plaintiffs records for the approximately 11 to 18 Opt-in Plaintiffs.

**It is ORDERED:**     **On or before APRIL 25, 2014,** Defendant shall provide to Plaintiffs the Time and Pay Records for the approximately 11 to 18 Opt-in Plaintiffs.

**It is ORDERED:**   **On or before   APRIL 25, 2014,** Defendant shall provide to Plaintiffs any Supplemental Time and Pay Records as to Plaintiff David Rhoads.

As the records are accumulated for any Opt-in Plaintiff, the records shall be promptly delivered to Plaintiffs' counsel by Defendant to aid in preparations for depositions.

**It is ORDERED:**   **On or before   APRIL 11, 2014,** parties shall file a Stipulation as to the three known Opt-in Plaintiffs who are subject to an arbitration agreement and the previous order entered by Judge Moore.
It is not certain at this time if one other Opt-in Plaintiff may be subject to an arbitration agreement and the previous order entered by Judge Moore. **On or before   APRIL 16, 2014,** parties shall file any appropriate Stipulation as to that one Opt-in Plaintiff.

Defendant makes an Oral Motion to modify the Scheduling Order limitation on number of depositions to allow the defendant to take depositions of Opt-in Plaintiffs still in the case. With no objection,

**It is ORDERED:**   Defendant's ORAL MOTION is **GRANTED**. The Scheduling Order [Docket No. 29, filed September 24, 2013] is amended to allow Defendant additional depositions of the Opt-in Plaintiffs.

Parties shall meet and confer regarding any requests to modify any deadlines contained in the Scheduling Order and file any appropriate motion.

**It is ORDERED:**   A **TELEPHONIC   STATUS   CONFERENCE**  is set **MAY 27, 2014 at 11:00 a.m.**  (Mountain Time).

All participating parties are to be on the call  *before*  the Court is contacted; Plaintiff shall create the conference call. Once the conference call is established, the Court shall be added as the final connection by dialing (303) 844-2403 at the scheduled time. To ensure a more adequate connection, parties shall use a Conference Operator. At least four (4) working days prior to the date set for the conference call, counsel for the plaintiff(s) shall call chambers (303) 844-2403 with the conference call-in telephone number and access code., if applicable.

Hearing concluded.
**Court in recess:**  11:05 a.m.
Total In-Court Time 00:29

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.