IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01930-RM-MJW

DANIEL LYSYJ and
DAVID RHOADS,
on behalf of themselves and others similarly situated,

Plaintiff(s),

v.

MILNER DISTRIBUTION ALLIANCE, INC., d/b/a Maxx Sunglasses,
a Colorado corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Withdraw Consents to Join Filed by MacKenzie Campbell and Kelli Martin (Docket No. 83) is GRANTED.  The following Consents to be Joined are therefore WITHDRAWN: Consent Form MacKenzie Campbell (Docket No. 62) and Consent Form Kellli Martin (Docket No. 68).
Date: April 23, 2014