IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01930-RM-MJW

DANIEL LYSYJ and
DAVID RHOADS,
on behalf of themselves and others similarly situated,

Plaintiff(s),

v.

MILNER DISTRIBUTION ALLIANCE, INC., d/b/a Maxx Sunglasses,
a Colorado corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Withdraw Consent to Join Filed by Jan Salazar (Docket No. 88) is GRANTED.  The following Consent to be Joined is therefore WITHDRAWN: Consent Form Jan Salazar (Docket No. 61).

Date: April 24, 2014