IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01930-RM-MJW

DANIEL LYSYJ,
DAVID RHOADS,
RICH AULICH,
SHANNON DOLCE,
LONNIE ENDERLE,
JASON JACOBS,
SARA KRUEGER,
ANDY MARTIN,
BRENT McDANIEL,
MARC MOHR,
JONATHAN PANURE,
BOGDAN PETRESCU, and
DEREK SMITH,

Plaintiffs,

v.

MILNER DISTRIBUTION ALLIANCE, INC., d/b/a Maxx Sunglasses,
a Colorado corporation,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Motion to Set a Telephone Status Conference With United States Magistrate Judge Michael Watanabe (Docket No. 141) is denied.  However, it is further

ORDERED that unless counsel forthwith confer and agree to other dates and/or location, the depositions in this case shall be completed at plaintiffs' counsel's office on September 2, 3, and 4, 2014.

Date: July 30, 2014