# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 13-cv-01930-RM-MJW | FTR - Courtroom A-502 |
| **Date:** September 23, 2014 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| DANIEL LYSYJ and DAVID RHOADS, on behalf of themselves and others similarly situated, | Donna E. Dell'Olio |
| Plaintiff(s), | |
| v. | |
| MILNER DISTRIBUTION ALLIANCE, INC., d/b/a Maxx Sunglasses, a Colorado corporation, NANCY MILNER, and RICHARD MILNER, | Mark A. Barrionuevo Jason R. Hirsch |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: **TELEPHONIC MOTIONS HEARING**
**Court in Session:** 10:07 a.m.
Court calls case. Appearances of counsel.

Discussion is held regarding status of defendants. It is noted the defendant corporation has filed Chapter 11 Bankruptcy, case number 14-22962, in the United States Bankruptcy Court in the District of Colorado, Judge Sidney B. Brooks presiding. It is believed the individual defendants have not filed a petition for Bankruptcy.

**It is ORDERED:**   This civil action is STAYED based upon the Bankruptcy filing.

In light of the STAY,
**It is ORDERED:**   Defendants' MOTION FOR EXTENSION OF SCHEDULING ORDER DATES [Docket No. **148**, filed September 02, 2014] is **HELD IN ABEYANCE**.

**It is ORDERED:**   Defendants' MOTION TO QUASH AUGUST 28, 2014, SUBPOENA *DUCES TECUM* ISSUED BY PLAINTIFFS TO NON-PARTY, LEVEL 3 COMMUNICATIONS [Docket No. 153, filed September 10, 2014] is **HELD IN ABEYANCE**.

**It is ORDERED:**     Plaintiffs are granted leave to file, **on or before   SEPTEMBER 30, 2014,** any appropriate  motion to proceed against the individual defendants**.** Defendants shall file any response **within ten (10) days** of the filing by the Plaintiffs of a motion to proceed against the individual defendants.

Noting that if the Plaintiffs file their motion on September 30, 2014, Defendants shall have up to and including October 10, 2014 within which to file any response.

Hearing concluded.

**Court in recess:**  10:16 a.m.
Total In-Court Time 00:09

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.