**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 13-CV-1930-RM-MJW

Daniel Lysyj, David Rhoads, Rich Aulich, Shannon Dolce, Lonnie Enderle, Jason Jacobs, Sara Krueger, Andy Martin, Brent McDaniel, Marc Mohr, Jonathan Panure, Bogdan Petrescu, Derek Smith,

Plaintiffs,

v.

Milner Distribution Alliance, Inc. d/b/a Maxx Sunglasses,
a Colorado corporation,

Defendant.

Nancy Milner,

Individually,

Defendant,

Richard Milner,

Individually,

Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

COME NOW the Parties through undersigned counsel and hereby stipulate to the dismissal of this action with prejudice, pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Respectfully submitted this _____ day of April, 2015.

*s/ Donna Dell'Olio*
Donna Dell'Olio
Cornish & Dell'Olio, P.C.
431 N. Cascade Ave., Ste. 1
Colorado Springs, CO 80903
Tel: 719-475-1204
Facsimile: 719-475-1264
ddellolio@cornishandddellolio.com
Attorney for Plaintiff

*s/Jeffrey B. Morganroth*
Jeffrey B. Morganroth
Jason R. Hirsch
Morganroth & Morganroth, PLLC
344 North Old Woodward Avenue,
Suite 200
Birmingham, MI 48009
Phone: 248-864-4000
Fax: 248-864-4001
jmorganroth@morganrothlaw.com
jhirsch@morganrothlaw.com
Attorneys for Defendant